**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**MATTHEW A. TOBIN,**

***Plaintiff*,**

**v.** **Case No.: 5:26cv207-MW/MJF**

**MS CRANKFIELD, et al.,**

***Defendants*.**
**____________________________/**

**ORDER ACCEPTING REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 9, and has also reviewed *de novo* Plaintiff's objections, ECF No. 10. As noted in the report and recommendation, Plaintiff is a three-striker who is not allowed to proceed *in forma pauperis* unless he shows he is under imminent danger of serious physical injury. The Magistrate Judge previously instructed Plaintiff that his factual allegations needed to identify specific dates of the Defendants' alleged acts, ECF No. 4 at 5, but Plaintiff's amended complaint again contains only general allegations that are not sufficient to invoke section 1915(g)'s exception to proceeding *in forma pauperis*. Moreover, Plaintiff's objections do not identify any specific allegations, such as dates or a relevant time frame, that would allow this Court to determine whether he was in imminent danger at the time he filed this action. Moreover, this Court notes that upon filing the operative pleading,

Plaintiff had been transferred to a different prison (Santa Rosa C.I.), and he does not contend that the primary offender—"U.M. Crankfield"—or any of the other personnel named in the amended complaint followed him from Graceville to Santa Rosa and continue to place him in imminent danger of serious physical injury. *See* ECF No. 7.

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 9, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. Plaintiff's motion for leave to proceed *in forma pauperis*, ECF No. 5, is **DENIED**. The Clerk shall enter judgment stating, "This action is **DISMISSED without prejudice** to Plaintiff initiating a new case accompanied by payment of the $405.00 fee in its entirety." The Clerk shall close the file.

**SO ORDERED on November 9, 2026.**

**s/Mark E. Walker**
**United States District Judge**